COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.                         SUPREME JUDICIAL COURT
                                     FOR SUFFOLK COUNTY
                                     NO:  BD-2004-094

IN RE: KENNETH M. LEVINE

JUDGMENT OF REINSTATEMENT
PURSUANT TO S.J.C. RULE 4:01, SEC. 18(1)

This matter came before the Court on the lawyer's reinstatement to the practice of law pursuant to S.J.C. Rule 4:01, sec. 18(1).

On February 24, 2005, the lawyer filed his affidavit of compliance; and on March 2, 2005, the lawyer filed a supplemental affidavit of compliance. After the expiration of a ten-day period with the bar counsel filing no objections to the lawyer's automatic reinstatement, it is ORDERED and ADJUDGED that KENNETH M. LEVINE is hereby reinstated as a member of the bar of the Commonwealth.

By the Court, (Ireland, J.)

*[signature]*
Assistant Clerk

Entered: March 9, 2005