COMMONWEALTH OF MASSACHUSETTS
SUPREME JUDICIAL COURT
FOR SUFFOLK COUNTY



Suffolk, ss.                                      No. BD-04-094

In the Matter of Kenneth M. Levine

### AFFIDAVIT OF COMPLIANCE

Pursuant to S.J.C. Rule 4:01, § 179(5), and Section 18, Rule 4.01 of the Rules of the Board of Bar Overseers/Supreme Judicial Court, I herby certify in connection with my suspension by Order of the Supreme Judicial Court dated January 21, 2005("Order"), as follows:

1. That I have fully complied with the provisions of the Order of the Supreme Judicial Court relative to my suspension, with S.J.C. Rule 4:01, and with the rules of the Board of Bar Overseers; and

2. That I was not ordered to pay any fees or costs.

3. That was not ordered to pay any funds to the Clients Security Board.

Date: Febrary 23, 2005          Signature _____
                                          Kenneth M. Levine

Sworn to and subscribed before me this 23rd day of February, 2005

_____
Ronny Sydney
My commission expires 10/27/06

**RONNY M. SYDNEY**
NOTARY PUBLIC
Commonwealth of Massachusetts
My Commission Expires Oct. 27, 2006